IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2317-MSK-BNB

JEFFREY S. BRYANT,

Plaintiff,

v.

MATRIXX INITIATIVES, INC., a Delaware corporation, formerly known as GUM TECH INTERNATIONAL, INC., and
ZICAM, LLC, an Arizona limited liability company, formerly known as GEL TECH, LLC,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** (the "Motion"), filed on June 27, 2005.

　　　IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

　　　Expert Witness Disclosures:
　　　　　　The plaintiff shall designate all experts and provide opposing
　　　　　　counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
　　　　　　on or before **September 24, 2005**;

　　　　　　The defendants shall designate all experts and provide opposing
　　　　　　counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
　　　　　　on or before **October 24, 2005**;

　　　Discovery Cut-Off:　　　　　　　　　　　　**January 24, 2006**;
　　　Dispositive Motion Deadline:　　　　　　**February 24, 2006**.