IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02317-MSK-BNB

JEFFREY S. BRYANT,

    Plaintiff,

v.

MATRIXX INITIATIVES, INC. a Delaware corporation,
f/k/a GUM TECH INTERNATIONAL, INC.and
ZICAM, L.L.C., an Arizona limited liability company,
f/k/a GEL TECH, L.L.C.,

    Defendants.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

This matter is before the Court on the Stipulated Motion for Dismissal Without Prejudice **(#32)** filed by the parties.  The Court, having read the stipulated motion and being advised in the pertinent law and the file, hereby dismisses this matter without prejudice pursuant to Rule 41(a)(1)(ii).  Each party shall bear its or his own costs and attorney fees.

Dated this 29th day of September, 2005.

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*
                                      _____

                                      Marcia S. Krieger
                                      United States District Judge